IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **IN RE ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH** | Lead Case No.: 19-cv-02170 |
| Kevin J. Conway, Esq. as Personal Representative of the Estate of Cedrick Galia Asiavugwa | **SHORT FORM COMPLAINT AND NOTICE OF ADOPTION OF MASTER COMPLAINT** |
| Plaintiff, | |
| v. | |
| THE BOEING COMPANY, a Delaware corporation; ROSEMOUNT AREOSPACE, INC., a Delaware corporation; and ROCKWELL COLLINS, INC., a Delaware corporation, | **DEMAND FOR JURY TRIAL** |
| Defendants. | |

1

PLAINTIFF, Kevin J. Conway, Esq. as personal representative of the Estate of Cedrick Galia Asiavugwa, deceased, COMPLAINS OF THE DEFENDANTS AND EACH OF THEM AS FOLLOWS:

1. Plaintiff refers to and incorporates herein by reference the Master Complaint, and any and all later amendments thereto, filed in IN RE ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH, as though fully set forth herein. Plaintiff hereby adopts the Master Complaint and agrees to be bound by any rulings with respect to the pleadings of the Master Complaint.

**2.** Plaintiff(s) adopt(s) each of the general allegations of the Master Complaint except for those paragraph numbers set forth here, if any: N/A

## CLAIMS AGAINST DEFENDANTS

3. Plaintiff brings those Counts, as applicable, against each of the Defendants in the Master Complaint checked below:

- ☒ THE BOEING COMPANY
- ☒ ROSEMOUNT AEROSPACE, INC.
- ☒ ROCKWELL COLLINS, INC.

4. Plaintiff incorporates by reference each of the Counts in the Master Complaint checked below:

*As* against THE BOEING COMPANY:

- ☒ Count One for Negligence
- ☒ Count Two for Breach of Warranty
- ☒ Count Three for Strict Liability
- ☒ Count Four for Failure to Warn

*As against ROSEMOUNT AEROSPACE, INC.:*

- ☒ Count Five for Negligence
- ☒ Count Six for Strict Liability
- ☒ Count Seven for Breach of Warranty

*As against ROCKWELL COLLINS, INC.:*

☒ Count Eight for Negligence

☒ Count Nine for Strict Liability

☒ Count Ten for Breach of Warranty

## **PLAINTIFF(S) INFORMATION:**

4. Decedent, Cedric Galia Asiavugwa, is an individual who was killed in the crash of Ethiopian Airlines Flight ET 302 on March 10, 2019.

5. The following Plaintiffs are heirs, beneficiaries, and/or next of kin of Decedent, or other persons entitled to bring an action for the wrongful death of Decedent, and bring the causes of action alleged herein:

    Kevin J. Conway, Esq.

6. Plaintiff is a resident of Illinois. Plaintiff's decedent was a resident of Washington, D.C..

7. Decedent's Estate is represented in the following capacity:

☒ Kevin J. Conway, Esq., is the Personal Representative of the Estate of Decedent and is authorized to bring an action on behalf of the Decedent. Plaintiff was appointed as the Personal Representative on November 25, 2019:

☐ Other (please describe):

_____.

## **PLAINTIFF(S) DAMAGES:**

8. Plaintiff requests the relief checked below:

    All past and future general and compensatory damages in an amount according to proof at trial, including the following:

☒ For Decedent's conscious and physical pain and suffering, fright and terror, fear of impending and imminent death, mental anguish, and emotional distress, in an amount according to proof at trial.

3

| | |
|---|---|
| ☒ | For past and future loss of support and services in money or in kind, in an amount according to proof at trial. |
| ☒ | For past and future loss of consortium, love, companionship, comfort, care, assistance, protection, affection, society, moral support, training, advice, tutelage, and guidance, in an amount according to proof at trial. |
| ☒ | For past and future grief, emotional distress, and sorrow, in an amount according to proof at trial. |
| ☒ | For funeral expenses, burial expenses, estate administration expenses, and other related expenses in an amount according to proof at trial. |
| ☒ | For expenses for the identification and/or transportation of Decedent's remains, according to proof at trial. |
| ☒ | For all property losses, in an amount according to proof at trial. |
| ☒ | For attorneys' fees, costs and other damages as permitted under applicable laws. |
| ☒ | For punitive and exemplary damages in an amount according to proof at trial; |
| ☒ | For pre- and post-judgment interest on all damages as allowed by the law. |
| ☒ | For all costs of suit incurred herein. |
| ☒ | For such other and further relief as the Court shall deem just and proper. |
| ☐ | Other (specify): |

_____

_____

## ADDITIONAL ALLEGATIONS, IF ANY

9. Plaintiff Kevin J. Conway is the Personal Representative of the Estate of Cedrick Galia Asiavugwa ("Cedrick"). He was appointed by an order of the Superior Court of the District of Columbia on November 25, 2019. Mr. Conway is an Illinois attorney in good standing who is acting as a professional estate administrator at the direction of Cedrick's estate beneficiaries.

4

Cedrick was fatally injured in the crash of Ethiopian Airlines Flight 302 on March 10, 2019. Cedrick was in his third year at Georgetown Law School and resided at 3700 O Street, N.W., Apt. 113, Washington D.C. 20057.

Cedrick married Linet Karimi Mwrigi ("Linet") on July 7, 2018. Cedrick and Linet have one child, Jabali Almasi Galia, who was born on February 10, 2018. Linet is now Jabali's sole guardian. Linet and Jabali were dependent on Cedrick for his financial support and Linet has suffered terrible grief because of Cedrick's loss. Jabali will grow up never knowing his father.

Cedrick had secured employment in the U.S. following his upcoming graduation from Georgetown Law School and he and Linet were looking forward to their lives together in the United States.

Cedrick is also survived by his parents, Thomas Govedi Asiavugwa and Rosalia Khabavi, and brothers Collins Govedi, Vincent Alusiola and Humphrey Vidambu. Cedrick was a dutiful son to his parents and, among many other things, he helped them purchase land and otherwise assisted them financially. His parents lost not only the love and affection of their son, but also the security of having Cedrick to rely upon for emotional and financial assistance. Cedrick also helped his brothers with their school fees and other expenses and was someone they could rely on for advice and guidance. His family has suffered terrible grief as a result of Cedrick's death.

## **DEMAND FOR JURY TRIAL**

PLAINTIFF(S) hereby demand(s) a trial by jury as to all claims in this action.

DATED: December 13, 2019					Power Rogers & Smith, L.L.P.

By : /s/Todd A. Smith
Todd A. Smith (ARDC No. 2655926)
Brian LaCien (ARDC No. 6277840)
70 W Madison St #5500
Chicago, IL 60602

Kreindler & Kreindler LLP
750 Third Ave, 32nd Floor
New York, NY 10017
Brian J. Alexander, Esq.
Justin T. Green, Esq.
Daniel O. Rose, Esq.
Anthony Tarricone, Esq.
Megan Wolfe Benett, Esq.

*Attorneys for Plaintiffs*